# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jane Ruth Sperzel**
   Plaintiff
vs.          CASE NUMBER: 1:11-CV-548 (TWD)

**Commissioner of Social Security**
   Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's motion for judgment on the pleadings is GRANTED, the Commissioner's determination that plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act is AFFIRMED, judgment is hereby entered dismissing the Complaint filed by Jane Sperzel in its entirety.

All of the above pursuant to the order of the Honorable Judge Therese Wiley Dancks, dated the 26th day of October, 2012.

DATED: October 29, 2012

             *Laurence K. Baerman*
             Clerk of Court

             s/

             Joanne Bleskoski
             Deputy Clerk