# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK


## JUDGMENT IN A CIVIL CASE


**Jane Ruth Sperzel**

             Plaintiff

   vs.                         **CASE NUMBER: 1:11-CV-548 (TWD)**

**Commissioner of Social Security**

             Defendant


**Decision by Court.**   This action came to trial or hearing before the Court.
The issues have been heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED


That defendant's motion for judgment on the pleadings is GRANTED, the Commissioner's determination that plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act is AFFIRMED, judgment is hereby entered dismissing the Complaint filed by Jane Sperzel in its entirety.

All of the above pursuant to the order of the Honorable Judge Therese Wiley Dancks, dated the 26th day of October, 2012.


DATED: October 29, 2012

Clerk of Court

s/

_____

Joanne Bleskoski
Deputy Clerk